**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| OATH RESEARCH, LLC, an Arizona Limited Liability Company, and STACEY JON GRANT, an Individual *Plaintiffs,*<br><br>vs.<br><br>FEWMORETAPS OÜ D/B/A TRUSTNAME.COM, an Estonian company, and JOHN DOES 1-10, Defendants. | Civil Action No. 26-cv-11303 |

## RULE 7.1 INITIAL DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Oath Research, LLC ("Oath Research") certifies as follows: Oath Research, LLC is a limited liability company organized under the laws of the State of Arizona. Its sole member is Fancy Hat, LLC, also a limited liability company organized under the laws of the State of Arizona, whose members are individuals, Stacey Jon Grant and Jared Sherwood—both citizens of Arizona. Oath Research has no corporate parents, affiliates, or subsidiaries that have issued shares to the public, and no publicly held corporation owns 10% or more of Oath Research's membership interests.

Dated: September 1, 2026

*/s/Philip L. Hirschhorn*
Philip L. Hirschhorn, Esq.
Keith A. Jones, Esq.
Ikenna Ejimonyeugwo, Esq. (*pro hac vice* pending)
**PANITCH SCHWARZE BELISARIO & NADEL LLP**
One Commerce Square
2005 Market Street, Suite 3325
Philadelphia, PA 19103
Tel: (215) 965-1330
Fax: (215) 965-1331
Tel: 215-965-1330
Fax: 215-965-1331
E-mail: phirschhorn@panitchlaw.com
kjones@panitchlaw.com
iejimonyeugwo@panitchlaw.com

**Attorneys for Plaintiffs Oath Research, LLC and Stacey Jon Grant**