IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| OATH RESEARCH, LLC and STACEY JON GRANT,<br><br>Plaintiffs,<br><br>v.<br><br>FEWMORETAPS OÜ d/b/a TRUSTNAME.COM and JOHN DOES 1-10, individuals or entities operating under the alias "modastores",<br><br>Defendants. | C.A. No. 2:26-cv-11303-EP-ADS |

**EMERGENCY MOTION FOR A TEMPORARY**
**RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Plaintiffs Oath Research, LLC ("Oath Research") and Stacey Jon Grant ("Grant"), by and through their undersigned attorneys, respectfully move this Court, under Federal Rule of Civil Procedure 65(b), for a temporary restraining order and, thereafter, a preliminary injunction, directing:

1. Defendant Fewmoretaps OÜ d/b/a Trustname.com ("Trustname") to restore Plaintiffs as the registrant of record for each of the twenty-five (25) domain names identified in Exhibit A to the Complaint (the "Domain Names"), to take no further action to transfer, modify, or encumber the Domain Names, and to freeze and preserve the adversary account associated with modastores@proton.me; and

2. Trustname to preserve all logs, audit trails, and records concerning the account and the Domain Names, pending a hearing on Plaintiffs' motion for a preliminary injunction.

The grounds for this Motion — including the underlying facts, the applicable legal standard and supporting authority — are set forth in the accompanying Memorandum of Law, the Complaint, the Declaration of Stacey Jon Grant, and the Declaration of Philip L. Hirschhorn, filed concurrently herewith. Plaintiffs' counsel's certification pursuant to Fed. R. Civ. P. 65(b)(1)(B) regarding notice is filed herewith as a separate Certification of Counsel. A proposed Order is submitted herewith.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion and enter the accompanying proposed Temporary Restraining Order.

Dated: September 2, 2026

*/s/ Philip L. Hirschhorn*
Philip L. Hirschhorn (NJ Bar ID 039982009)
Keith A. Jones (NJ Bar ID 017542010)
Ikenna Ejimonyeugwo*
PANITCH SCHWARZE
BELISARIO & NADEL LLP
One Commerce Square
2005 Market Street, Suite 3325
Philadelphia, PA 19103
Tel: (215) 965-1330
Fax: (215) 965-1331
phirschhorn@panitchlaw.com
kjones@panitchlaw.com
iejimonyeugwo@panitchlaw.com
* *pro hac vice pending*

*Attorneys for Plaintiffs Oath Research, LLC and Stacey Jon Grant*